JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| PAUL JACKLEY, | Case No. 8:17-cv-02085-JVS-FFM |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| GENERAL MOTORS COMPANY; and DOES 1 through 50 inclusive, | |
| Defendants. | |

On January 17, 2019, the Court heard argument on Defendant GENERAL MOTORS LLC's ("General Motors") Motion for Summary Judgment, Or In The Alternative, Partial Summary Judgment ("Motion"). In accordance with the Court's Order Granting Summary Judgment dated January 28, 2019 (ECF No. 55), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That judgment shall be entered in favor of General Motors against Plaintiff PAUL JACKLEY ("Plaintiff") on all claims in Plaintiff's Complaint (ECF No. 10);

2. That the case be dismissed with prejudice on the merits;

3. That Plaintiff recover nothing against General Motors; and

4. That General Motors will be awarded its costs of suit pursuant to Federal Rules of Civil Procedure 54 and Local Rule 54-1.

DATED: February 06, 2019

_____
Honorable James V. Selna
United States District Judge